# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:12-CR-00031-GMN-PAL |
| | ) | |
| vs. | ) | |
| | ) | **PROPOSED ORDER,** |
| MAHIN QUINTERO, | ) | **STIPULATION TO MOVE** |
| | ) | **SENTENCING HEARING** |
| Defendant. | ) | **TO AN EARLIER DATE** |
| | ) | |

## ORDER

**IT IS ORDERED** that the Sentencing Hearing in the above-referenced case currently set for November 30, 2012 at 1:30 PM be moved to November 27, 2012 at 10:30 a.m in Courtroom # 7D     .

**DATED** this __26__ day of __November__, 2012.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE